JACK FOLGER MELLEN, AN INFANT, BY ERNEST MELLEN, HIS NEXT FRIEND, AND ERNEST MELLEN, INDIVIDUALLY, PLAINTIFFS-RESPONDENTS, v. PUBLIC SERVICE INTERSTATE TRANSPORTATION COMPANY, DEFENDANT-APPELLANT.

Argued February 15, 1933—Decided April 28, 1933.

For the appellant, *Henry H. Fryling* (*William H. Speer* and *Carl T. Freggens,* of counsel).

For the respondents, *Breslin & Breslin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, CASE, HEHER, VAN BUSKIRK, KAYS, DEAR, WELLS, JJ. 10.

*For reversal*—None.